ACCEPTED
14-15-00392-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 5:51:38 PM
CHRISTOPHER PRINE
CLERK

## NO: 14-15-00392-CV

IN THE FOURTEENTH DISTRICT COURT OF APPEALS

AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 5:51:38 PM
CHRISTOPHER A. PRINE
Clerk

### JAY H. COHEN,

*Appellant*

**v.**

### TOUR PARTNERS, LTD,

*Appellee*

From the 269th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2013-41051

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF TO ALLOW TIME FOR SUPPLEMENTAL RECORD TO BE FILED

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 26.3, Appellant Jay H. Cohen files this Motion for Extension of Time to File his Appellant's Brief, which motion complies with Rule 10.5(b), and in support thereof would respectfully show as follows:

1.     This is an appeal from a final judgment in Cause No. 2013-41051; *Jay H. Cohen v. Tour Partners, Ltd. and Preston Realty Corporation;* in the 269th Judicial District Court of Harris County, Texas.

2.     This is Appellant's third request for an extension of time.

Appellant's first unopposed request was granted on July 9, 2015 and his second unopposed request was granted on August 13, 2015.

3. The original clerk's record was incomplete. The clerk's record filed failed to contain all of the summary judgment pleadings upon which the trial court ruled and a supplemental record was requested on July 29, 2015.

4. Appellant also filed an Unopposed Motion with the Court of Appeals to permit the filing of the Supplemental Clerk's Record. The Court of Appeals granted Appellant's Unopposed Motion to Supplement the Clerk's Record on August 13, 2015.

5. Appellee's counsel has stated that Appellee opposes this request for an extension to allow time for the requested Supplemental Clerk's Record to be filed.

6. The Supplemental Clerk's Record has not been prepared or filed. Attached as Exhibit 1 hereto is Appellant's counsel's correspondence of even date to the Harris County District Clerk requesting that the Supplemental Clerk's Record be RUSHED.

7. The extended deadline for Appellant to file his initial brief is today, September 9, 2015.

8. Because the Supplemental Clerk's Record has yet to be filed, Appellant is unable to properly or adequately prepare Appellant's brief and is

requesting an extension of time until the earlier of 14-days after the Supplemental Clerk's Record is filed or October 15, 2015.

9.    Mr. Cohen does not seek this extension for the purposes of delay. Appellant seeks this extension in the interest of justice; specifically to permit the incomplete record to be supplemented pursuant to the pending request to the trial court clerk.

PRAYER

For all these reasons, Appellant Jay H. Cohen respectfully requests a 30-day extension of time for filing his Appellant's Brief from today, September 9, 2015 until the earlier of 14-days after the Supplemental Clerk's Record is filed with the Court of Appeals or October 15, 2015.  Mr. Cohen also seeks all such other or further relief to which he may be justly entitled.

TWOMEY | MAY, PLLC

*/s/ George F. May/*

_____
George F. May
TBA No. 24037050
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 [Telephone]
(832) 201-8485 [Telecopier]
george@twomeymay.com

Counsel for Appellant, Jay H. Cohen

## CERTIFICATE OF CONFERENCE

I certify that on September 9, 2015, I conferred with Sam Haren, co-counsel for Appellee, via email and counsel stated that Appellee is opposed to this motion.

*/s/ George F. May/*

_____
George F. May

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on counsel for Appellee as listed below on September 9, 2015 as follows:

Walter J. Cicack
wcicack@hmgnc.com
**HAWASH MEAD GASTON NEESE & CICACK, LLP**
2118 Smith Street
Houston, Texas 77002
Telephone: (713) 658-9001
Facsimile: (713) 658-9011

Attorneys for Appellee Tour Partners, Ltd.

By (check all that apply)
- ☐ personal delivery
- ☐ mail
- ☐ commercial delivery service
- ☒ fax, email, or electronic service

*/s/ George F. May/*
George F. May

Date: September 9, 2015

4

# TWOMEY|MAY, P.L.L.C.

Attorneys at Law

**George F. May**
george@twomeymay.com

TWOMEY | MAY, P.L.L.C.
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 – Telephone
(832) 201-8485 – Telecopier

August 9, 2015

Mr. Chris Daniel                                    *Via E-File and Hand Delivery*
District Clerk, Civil Division
Attn: Ms. Phyllis Washington, Deputy
Post Judgment
P.O. Box 4651
Houston, Texas 77210

**RE:**   Request to Rush Supplemental Clerk's Record in Appellate Case No. 14-15-00392-CV; *Jay Cohen v. Tour Partners, Ltd. and Preston Realty Corporation*; In the Fourteenth Court of Appeals, Houston, Texas- **Trial Court No. 2012-41051**

Dear Ms. Washington:

On July 29, 2015, a request to supplement the clerk's record in the above referenced case was filed by Appellant Jay Cohen.  The request is attached as Exhibit A.

On August 13, 2015, the Fourteenth Court of Appeals granted Mr. Cohen's motion to supplement the Clerk's Record.  Notice of the Court of Appeal's Order is attached as Exhibit B.

The deadline for Mr. Cohen's Appellant's brief was set to be today, September 9, 2015.  The supplemental record has not been prepared or filed and Mr. Cohen is requesting that the preparation and filing of the supplemental clerk's record be RUSHED and fulfilled on the earliest possible date.

Please contact me when your office has calculated the estimated cost of the supplemental record and we will hand-deliver payment the same day.

Thank you for your assistance and cooperation in this urgent matter. Please contact me if you have any questions.

Very truly yours,

*/s/ George F. May/*

George F. May

Counsel for Appellant Jay Cohen

Cc:    Walter Cicack (via e-mail to wcicack@hmgnc.com)
       Sam Haren (via e-mail to sharen@hmgnc.com)

# EXHIBIT A

NO. 2013-41051

| | | |
|---|---|---|
| JAY COHEN, | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TOUR PARTNERS, LTD., and | § | |
| PRESTON REALTY CORPORATION, | § | |
| Defendants | § | 269th JUDICIAL DISTRICT |

## REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

TO THE HONORABLE COURT:

COMES NOW Plaintiff Jay Cohen pursuant to Rule 34.5 of the Texas Rule of Appellate Procedure to respectfully request that the clerk prepare a supplement to the record in the appeal from the above numbered and styled case. The supplemental record should be certified and delivered to the Fourteenth Court of Appeals in Appeal Case 14-15-00392-CV.

Mr. Cohen requests that the following be included in the supplemental record:

**Image No. 65211494** Plaintiff Jay Cohens Notice of Appeal - filed on 04/28/2015; 2 pages
**Image No. 64452951** Plaintiff's Motion for New Trial - filed on 02/27/2015; 8 pages
**Image No. 64023492** ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS - filed on 01/28/2015; 5 pages
**Image No. 63171721** Plaintiff Jay Cohen's motion for default judgment against defendant Preston Realty Corporation - filed on 11/13/2014; 5 pages
**Image No. 63171722** Exhibit A - filed on 11/13/2014; 2 pages
**Image No. 63171723** Exhibit B - filed on 11/13/2014; 2 pages
**Image No. 63171724** Exhibit C - filed on 11/13/2014; 3 pages
**Image No. 63171725** Exhibit C-1 - filed on 11/13/2014; 3 pages
**Image No. 63171726** Exhibit C-2 - filed on 11/13/2014; 4 pages
**Image No. 63093159** Tour Partner's motion to strike and special exceptions - filed on 11/07/2014; 4 pages
**Image No. 63171651** Proposed Order - filed on 11/13/2014; 1 page
**Image No. 63102481** Notice of submission - filed on 11/07/2014; 1 page
**Image No. 63084911** Tour Partner's reply in support of its traditional and no evidence motion for summary judgment and objections to Cohen's summary judgment evidence - filed on 11/06/2014; 17 pages
**Image No. 63084913** Exhibit 20 - filed on 11/06/2014; 12 pages
**Image No. 63084914** Exhibit 21 - filed on 11/06/2014; 19 pages
**Image No. 63084915** Exhibit 22 - filed on 11/06/2014; 7 pages
**Image No. 63030179** Plaintiff's objection and response to defendant's traditional and No-evidence motion for summary judgment - filed on 11/03/2014; 27 pages

Unofficial Copy Office of Chris Daniel District Clerk

**Image No. 63030198** Ex. 16 - filed on 11/03/2014; 8 pages
**Image No. 63030180** Exhibit A - filed on 11/03/2014; 6 pages
**Image No. 63037684** Exhibit A - filed on 11/03/2014; 2 pages
**Image No. 63030181** Exhibit A-1 - filed on 11/03/2014; 15 pages
**Image No. 63030192** Exhibit A-10 - filed on 11/03/2014; 22 pages
**Image No. 63030193** Exhibit A-11 - filed on 11/03/2014; 3 pages
**Image No. 63030194** Exhibit A-12 - filed on 11/03/2014; 5 pages
**Image No. 63030195** Exhibit A-13 - filed on 11/03/2014; 5 pages
**Image No. 63030196** Exhibit A-14 - filed on 11/03/2014; 6 pages
**Image No. 63030197** Exhibit A-15 - filed on 11/03/2014; 3 pages
**Image No. 63030199** Exhibit A-16a - filed on 11/03/2014; 3 pages
**Image No. 63030200** Exhibit A-17 - filed on 11/03/2014; 3 pages
**Image No. 63030201** Exhibit A-18 - filed on 11/03/2014; 9 pages
**Image No. 63030202** Exhibit A-19 - filed on 11/03/2014; 5 pages
**Image No. 63030182** Exhibit A-2 - filed on 11/03/2014; 15 pages
**Image No. 63030203** Exhibit A-20 - filed on 11/03/2014; 32 pages
**Image No. 63030204** Exhibit A-21 - filed on 11/03/2014; 5 pages
**Image No. 63030205** Exhibit A-22 - filed on 11/03/2014; 6 pages
**Image No. 63030206** Exhibit A-23 - filed on 11/03/2014; 5 pages
**Image No. 63030207** Exhibit A-24 - filed on 11/03/2014; 6 pages
**Image No. 63030208** Exhibit A-25 - filed on 11/03/2014; 6 pages
**Image No. 63030209** Exhibit A-26 - filed on 11/03/2014; 7 pages
**Image No. 63030210** Exhibit A-27 - filed on 11/03/2014; 7 pages
**Image No. 63030211** Exhibit A-28 - filed on 11/03/2014; 6 pages
**Image No. 63030183** Exhibit A-3 - filed on 11/03/2014; 2 pages
**Image No. 63037683** EXHIBIT A-4 - filed on 11/03/2014; 3 pages
**Image No. 63030185** Exhibit A-5 - filed on 11/03/2014; 4 pages

**Image No. 63030186** Exhibit A-6 - filed on 11/03/2014; 5 pages
**Image No. 63030187** Exhibit A-7 - filed on 11/03/2014; 4 pages
**Image No. 63030188** Exhibit A-8 - filed on 11/03/2014; 4 pages
**Image No. 63030189** Exhibit A-9 - filed on 11/03/2014; 3 pages
**Image No. 63030190** Exhibit A-9a - filed on 11/03/2014; 7 pages
**Image No. 63030191** Exhibit A-9b - filed on 11/03/2014; 6 pages
**Image No. 63030212** Exhibit B - filed on 11/03/2014; 2 pages
**Image No. 63030213** Exhibit B-1 - filed on 11/03/2014; 4 pages
**Image No. 63030214** Exhibit B-2 - filed on 11/03/2014; 7 pages
**Image No. 63030215** Exhibit C - filed on 11/03/2014; -145 pages
**Image No. 63093155** Proposed Order - filed on 11/07/2014; 2 pages
**Image No. 63030217** Plaintiff's objection and response to defendant's traditional and No-evidence motion for summary judgment - filed on 11/03/2014; 27 pages
**Image No. 63030236** Exhibit 16 - filed on 11/03/2014; 8 pages
**Image No. 63030218** Exhibit A - filed on 11/03/2014; 6 pages
**Image No. 63030219** Exhibit A-1 - filed on 11/03/2014; 15 pages
**Image No. 63030230** Exhibit A-10 - filed on 11/03/2014; 22 pages
**Image No. 63030231** Exhibit A-11 - filed on 11/03/2014; 3 pages
**Image No. 63030232** Exhibit A-12 - filed on 11/03/2014; 5 pages
**Image No. 63030233** Exhibit A-13 - filed on 11/03/2014; 5 pages
**Image No. 63030234** Exhibit A-14 - filed on 11/03/2014; 6 pages
**Image No. 63030235** Exhibit A-15 - filed on 11/03/2014; 3 pages
**Image No. 63030237** Exhibit A-16a - filed on 11/03/2014; 3 pages

2

**Image No. 63030238** Exhibit A-17 - filed on 11/03/2014; 3 pages
**Image No. 63030239** Exhibit A-18 - filed on 11/03/2014; 9 pages
**Image No. 63030240** Exhibit A-19 - filed on 11/03/2014; 5 pages
**Image No. 63030220** Exhibit A-2 - filed on 11/03/2014; 15 pages
**Image No. 63030241** Exhibit A-20 - filed on 11/03/2014; 32 pages
**Image No. 63030242** Exhibit A-21 - filed on 11/03/2014; 5 pages
**Image No. 63030243** Exhibit A-22 - filed on 11/03/2014; 6 pages
**Image No. 63030244** Exhibit A-23 - filed on 11/03/2014; 5 pages
**Image No. 63030245** Exhibit A-24 - filed on 11/03/2014; 6 pages
**Image No. 63030246** Exhibit A-25 - filed on 11/03/2014; 6 pages
**Image No. 63030247** Exhibit A-26 - filed on 11/03/2014; 7 pages
**Image No. 63030248** Exhibit A-27 - filed on 11/03/2014; 7 pages
**Image No. 63030249** Exhibit A-28 - filed on 11/03/2014; 6 pages
**Image No. 63030221** Exhibit A-3 - filed on 11/03/2014; 2 pages
**Image No. 63030222** Exhibit A-4 - filed on 11/03/2014; 5 pages
**Image No. 63030223** Exhibit A-5 - filed on 11/03/2014; 4 pages
**Image No. 63030224** Exhibit A-6 - filed on 11/03/2014; 5 pages
**Image No. 63030225** Exhibit A-7 - filed on 11/03/2014; 4 pages
**Image No. 63030226** Exhibit A-8 - filed on 11/03/2014; 4 pages
**Image No. 63030227** Exhibit A-9 - filed on 11/03/2014; 3 pages
**Image No. 63030228** Exhibit A-9a - filed on 11/03/2014; 7 pages
**Image No. 63030229** Exhibit A-9b - filed on 11/03/2014; 6 pages
**Image No. 63030250** Exhibit B - filed on 11/03/2014; 2 pages
**Image No. 63030251** Exhibit B-1 - filed on 11/03/2014; 4 pages
**Image No. 63030252** Exhibit B-2 - filed on 11/03/2014; 7 pages
**Image No. 63030253** Exhibit C - filed on 11/03/2014; 145 pages
**Image No. 62928870** Tour Partners Response to Plaintiff's Unopposed Motion to Substitute Counsel - filed on 10/27/2014; 2 pages
**Image No. 62861852** Plaintiff Jay Cohen's unopposed Motion to Substitute counsel - filed on 10/22/2014; 4 pages
**Image No. 62861853** proposed order granting motion to substitute counsel - filed on 10/22/2014; 2 pages
**Image No. 62821118** Tour Partners' Traditional and No-Evidence Motion for Summary Judgment - filed on 10/17/2014; 36 pages
**Image No. 62821121** Exhibit 1 - filed on 10/17/2014; 76 pages
**Image No. 62821130** Exhibit 10 - filed on 10/17/2014; 3 pages
**Image No. 62821131** Exhibit 11 - filed on 10/17/2014; 3 pages
**Image No. 62821132** Exhibit 12 - filed on 10/17/2014; 4 pages
**Image No. 62821133** Exhibit 13 - filed on 10/17/2014; 4 pages
**Image No. 62821134** Exhibit 14 - filed on 10/17/2014; 4 pages
**Image No. 62821135** Exhibit 15 - filed on 10/17/2014; 7 pages
**Image No. 62821136** Exhibit 16 - filed on 10/17/2014; 15 pages
**Image No. 62821137** Exhibit 17 - filed on 10/17/2014; 8 pages
**Image No. 62821138** Exhibit 18 - filed on 10/17/2014; 9 pages
**Image No. 62821139** Exhibit 19 - filed on 10/17/2014; 5 pages
**Image No. 62821122** Exhibit 2 - filed on 10/17/2014; 5 pages
**Image No. 62821123** Exhibit 3 - filed on 10/17/2014; 3 pages
**Image No. 62821124** Exhibit 4 - filed on 10/17/2014; 19 pages
**Image No. 62821125** Exhibit 5 - filed on 10/17/2014; 12 pages
**Image No. 62821126** Exhibit 6 - filed on 10/17/2014; 6 pages
**Image No. 62821127** Exhibit 7 - filed on 10/17/2014; 45 pages

**Image No. 62821128** Exhibit 8 - filed on 10/17/2014; 2 pages

**Image No. 62821129** Exhibit 9 - filed on 10/17/2014; 4 pages

**Image No. 62663391** Motion for Withdrawal of Counsel - filed on 10/07/2014; 2 pages

**Image No. 62663392** Docket Control Order - filed on 10/07/2014; 1 pages

**Image No. 62690110** Exhibit 03 - filed on 10/09/2014; 2 pages

**Image No. 62305356** ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS - filed on 08/25/2014; 1 pages

**Image No. 61683924** Discovery Control Plan - filed on 07/23/2014; 1 pages

**Image No. 61512462** Plaintiffs Ellington F Holdings LLC's and R. David Denenberg's Objections and Response in Opposition to Defendant Tour Partners, Ltd.'s Motion to Consolidate - filed on 07/10/2014; 7 pages

**Image No. 61519437** Supplement to Plaintiff's Response to Defendant, Tour Partners, Ltd.'s, Motion for Judicial Review of Documentation or Instrument Purporting to Create a Lien, Claim or Interest in Real Property - filed on 07/10/2014; 3 pages

**Image No. 61519438** Plaintiffs Ellington F Holdings LLC's and R. David Denenburg's Amended Objections and Response in Opposition to defendant Tour Partners, Ltd.'s Motion to Consolidate - filed on 07/10/2014; 7 pages

**Image No. 61519439** Exhibit 1 - filed on 07/10/2014; 61 pages

**Image No. 61519440** Exhibit 2 - filed on 07/10/2014; 7 pages

**Image No. 61519441** Exhibit 3 - filed on 07/10/2014; 15 pages

**Image No. 61519442** Proposed Order - filed on 07/10/2014; 1 pages

**Image No. 61528236** Plaintiff's response to defendant, Tour Partners, LTD's motion for judicial review of documentation or instrument purporting to create a lien, claim or interest in real property - filed on 07/10/2014; 8 pages

**Image No. 61528242** Exhibit A - filed on 07/10/2014; 6 pages

**Image No. 61528243** Exhibit B - filed on 07/10/2014; 9 pages

**Image No. 61528244** Exhibit C - filed on 07/10/2014; 5 pages

**Image No. 61528245** Proposed order - filed on 07/10/2014; 1 pages

**Image No. 61528501** Plaintiff's response to defendant, Tour Partners, LTD's motion to consolidate - filed on 07/10/2014; 2 pages

**Image No. 61528504** Proposed order - filed on 07/10/2014; 1 pages

**Image No. 60738990** Defendant Tour Partners, ltd.'s motion to consolidate - filed on 05/09/2014; 3 pages

**Image No. 60738991** Exhibit 1 - filed on 05/09/2014; 1 pages

**Image No. 60738992** Proposed order - filed on 05/09/2014; 2 pages

**Image No. 60741538** Defendant Tour Partners motion for judicial review of documentation or instrument purporting to create a lien, claim, or interest in real property - filed on 05/09/2014; 6 pages

**Image No. 60741541** Exhibit 1, Subordination of Lien - filed on 05/09/2014; 4 pages

**Image No. 60741543** Proposed order - filed on 05/09/2014; 2 pages

**Image No. 60745044** Exhibit a to Defendants Second amended answer and original counterclaim - filed on 05/09/2014; 4 pages

**Image No. 58939261** Defendants withdrawal of defendants amended motion to dismiss directed to plaintiffs first amended petition - filed on 12/24/2013 2 pages

**Image No. 58636392** Plaintiff's second amended petition - filed on 12/06/2013 8 pages

**Image No. 58636433** Plaintiff's second amended petition - filed on 12/06/2013 8 pages

**Image No. 586Image No. 62602** Plaintiff's Response to Tour Partners, Ltd.'s Amended Motion to Dismiss - filed on 12/06/2013 9 pages

**Image No. 58388466** Defendant's Amended Motion to Dismiss Directed to Plaintiff's First Amended Petition - filed on 11/21/2013 6 pages

**Image No. 57990831** Plaintiffs Response to Defendants Motion to Dismiss - filed on 10/25/2013

4

4 pages

**Image No. 58052445** Plaintiff's First Amended Petition - filed on 10/25/2013 7 pages
**Image No. 58052446** Exhibit E - filed on 10/25/2013 3 pages
**Image No. 57672083** Defendants Motion to Dismiss - filed on 10/07/2013 9 pages
**Image No. 57672084** Original Answer Subject to Motion to Dismiss - filed on 10/07/2013 4 pages

Please expedite this request as the appeal is currently pending.  Mr. Cohen will pre-pay the estimated cost of the supplemental record immediately.

:                                                 Respectfully submitted,

TWOMEY | MAY, PLLC

*/s/ George F. May/*

_____
George F. May
State Bar No. 24037050
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 Telephone
(832) 201-8485 Facsimile
george@twomeymay.com

Attorneys for Plaintiff Jay Cohen

Unofficial Copy Office of Chris Daniel District Clerk

5

# CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below on July 29, 2015 as follows:

Walter J. Cicack
wcicack@hmgnc.com
**HAWASH MEAD GASTON NEESE & CICACK, LLP**
2118 Smith Street
Houston, Texas 77002
Telephone: (713) 658-9001
Facsimile: (713) 658-9011

Attorneys for Defendant Tour Partners, Ltd.

By (check all that apply)

☐ personal delivery
☐ mail
☐ commercial delivery service
☒ fax, email, or electronic service

/s/ George F. May/
George F. May

Date: July 28, 2015

Unofficial Copy Office of Chris Daniel District Clerk

6

# EXHIBIT B

FILE COPY



**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Suite 245**
**Houston, Texas 77002**

Thursday, August 13, 2015

**RE:** **Case No. 14-15-00392-CV**

Style: Jay Cohen
v. Tours Partners, Ltd. and Preston Realty Corporation

Please be advised that on this day the Court **GRANTED APPELLANT'S** motion to supplement the record in the above cause.

T. C. Case # 2013-41051                               Christopher Prine, Clerk

Harris County, District Clerk, Civil Division
Harris County District Clerk - Civil
201 Caroline, Ste 420
Houston, TX 77002
***DELIVERED VIA E-MAIL***



**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Suite 245**
**Houston, Texas 77002**

Thursday, August 13, 2015

**RE:** **Case No. 14-15-00392-CV**

Style: Jay Cohen
v. Tours Partners, Ltd. and Preston Realty Corporation

Please be advised that on this day the Court **GRANTED APPELLANT'S** motion to supplement the record in the above cause.

T. C. Case # 2013-41051                               Christopher Prine, Clerk

Harris County, District Clerk, Civil Division
Harris County District Clerk - Civil
201 Caroline, Ste 420
Houston, TX 77002
***DELIVERED VIA E-MAIL***